Faisal Gill (SBN 263416)
Gill Law Firm
505 N Brand Blvd
Suite 1110
Glendale, CA 91203
310-418-6675
213-260-8255 (fax)
Fgill@glawoffice.com

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GRAY<br>The LA Grand Hotel<br>333 S Figueroa St<br>Los Angeles, CA 90071<br><br>vs<br><br>COUNTY OF LOS ANGELES; LOS ANGELES HOMELESS SERVICES AUTHORITY | Case No. 2:22-cv-08748<br><br>COMPLAINT |

## INTRODUCTION

1. Plaintiff comes before this Court requesting an order to allow Plaintiff to stay in his temporary housing at the LA Grand Hotel until January 19, 2023 and prohibit the Los Angeles Homeless Services Authority ("LAHSA") from removing him from the property until such date.

2. LAHSA has notified Mr. Gray that he must exit the property on December 5, 2022.

3. LAHSA has also publicized that the LA Grand Hotel is projected to close by February 2023.

4. Mr. Gray has multiple medical conditions which will be severely damaged due to unstable housing.

5. If LAHSA evicts Mr. Gray on December 5, 2022, he will be homeless or subjected to unlivable conditions which will severely worsen his medical condition.

6. Mr. Gray has stable housing set for January 19, 2023.

## PARTIES

7. Gregory Gray is a resident of Los Angeles, California, currently living at the Project Roomkey at the LA Grand Hotel.

8. Defendant County of Los Angeles ("the County") is, and at all relevant times mentioned herein was, a legal political entity established under the laws of the State of California, with all the powers specified and necessarily implied by the Constitution and laws of the State of California and exercised by a duly elected County Board of Supervisors and/or their agents and deputies.

9. Los Angeles Homeless Services Authority ("LAHSA") is a joint powers authority created by the County and the City for the purpose of operating homeless programs within the Los Angeles community.

10. LAHSA operates and oversees Project Roomkey, a homeless program begun during the pandemic to house homeless individuals in motels and hotels throughout Los Angeles. The program is permanently funded by the Federal Emergency Management Agency ("FEMA").

## JURISDICTION AND VENUE

11. This Court has jurisdiction pursuant to 28 U.S.C. 1331.

12. All events took place within the City of Los Angeles, so venue is proper.

**FACTS**

13. In or around March 2022, Mr. Gray and his wife were provided transition housing at LA Grand Hotel through the Project Roomkey Program a program funded by Federal Emergency Management Agency ("FEMA").

14. Mr. Gray is an elderly man very with a serious medical condition.

15. He started seeing a doctor at UCLA Medical center in or about March 2022.

16. On August 25, 2022, Mr. Gray received a letter to exit the Project Roomkey Program and leave LA Grand Hotel by December 5, 2022. (Exh. 1)

17. On August 26, 2022, Mr. Gray immediately contacted Defendant LAHSA and requested an extension until January 19, 2023.

18. Mr. Gray has stable housing in place effective January 19, 2023.

19. Mr. Gray included a note from his physician requesting the extension and detailing Mr. Gray's serious medical condition. (Exh. 2)

20. His doctor explained that unstable housing will negatively impact Mr. Gray's health.

21. Subsequently, Mr. Gray has tried numerous times to explain his medical condition to LAHSA and request an extension until January19, 2023.

22. At each time LAHSA officials have ignored his medical reasons and simply stated that he needs to move out by December 5, 2022.

23. LAHSA has not considered Mr. Gray's medical condition in its decision to evict him.

24. It is reported that LA Grand Hotel will close on January 30, 2023.

**COUNT I**

## VIOLATION OF DUE PROCESS

25. Plaintiff incorporates and reiterates each and every allegation contained in Paragraphs 1 through 25 as if fully stated herein.

26. Due process is "a guarantee of fair procedure." Zinermon v. Burch, 494 U.S. 113,125 (1990).

27. LAHSA continually denies Mr. Gray's requests for an extension without considering his medical condition and allowing Mr. Gray a meaningful opportunity to be heard.

28. There is no public policy or interest, statutory or otherwise, that would outweigh Plaintiff's interest in participating in a federally funded housing program, which has not fully ended, for a time period that would end prior to the closing of the public housing facility, in order to stabilize his medical condition.

29. By failing to provide Mr. Gray with a meaningful opportunity to be heard and by failing to consider Mr. Gray's medical condition in determining that he must vacate the premises on December 5, 2022, when the facility will still be open until at least January 30, 2022, LAHSA made an arbitrary and capricious decision which violated Mr. Gray's due process rights.

## REQUEST FOR RELIEF

WHEREAS, based on the foregoing allegations, Plaintiff requests that this Court:

1. Provide injunctive relief to Mr. Gray by prohibiting LAHSA from removing Mr. Gray from the LA Grand Hotel until January 19, 2023.

Respectfully Submitted,

/S/ FAISAL GILL_____
Faisal Gill (SBN 463416)
Gill Law Firm
505 N. Brand Blvd, Suite 1110
Glendale, CA 91203
310-418-6675
310-388-0564 (fax)
Fgill@glawoffice.com

COMPLAINT