Faisal Gill (SBN 263416)
Gill Law Firm
505 N Brand Blvd, Suite 1110
Glendale, CA 91203
310-418-6675
213-260-8255 (fax)
Fgill@glawoffice.com

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GRAY ) | |
| ) | Case No. 2:22-cv-08748 |
| ) | |
| ) | |
| ) | NOTICE OF VOLUNTARY DISMISSAL |
| ) | WITHOUT PREJUDICE |
| ) | |
| ) | |
| vs ) | |
| ) | |
| COUNTY OF LOS ANGELES; ) | |
| LOS ANGELES HOMELESS HOUSING ) | |
| SERVICES AUTHROTIY ) | |
| ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gregory Gray, by and through undersigned counsel, hereby voluntarily dismisses their Complaint against Defendants without prejudice. The Parties have come to an agreement to allow Mr. Gray to reside in the LA Grand Hotel until January 19, 2023.

Respectfully Submitted,

/S/ FAISAL GILL_____
Faisal Gill

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE