UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-08748-DOC-MARx | Date | December 8, 2022 |
|---|---|---|---|
| Title | Gregory Gray v. County of Los Angeles, et al. | | |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

    The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [10], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

    Any pending Order to Show Cause is hereby discharged.

    .

_____ - _____ : _____ -

Initials of Deputy Clerk    kdu