Name: Gregory Edward Gray

Address: 3183 Wilshire Blvd

Ste. 196k26 Los Angeles CA
90010

Phone: (213) 636-2039

Fax:

In Pro Per

Notice of
Related Cases

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 3 0 2023

CENTRAL DISTRICT OF CALIFORNIA
BY   DVE   DEPU

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gregory Edward Gray

Plaintiff

v.

Housing Authority of the
City of Los Angeles

Defendant(s).

CASE NUMBER: 2:23-cv-05224-JaB-(KES)

2:22-CV-08748-DoC(MARx)

Memorandum

( Enter document title in the space provided above)

Plaintiff wants to notify the Court
that a prior case was filed before
Judge David O. Carter, (2:22-cv-08748
- DOC-MARx

Plaintiff respectfully requests that
today's filing come before Judge Carter
as the cases are related to the same
problems for which Plaintiff is seeking
relief, Plaintiff's former counsel, was
to file this complaint but did not despite
Plaintiff providing documentation in support
of said complaint

Page Number

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1  Plaintiff provided some 100 pages
2  of documentation the same information
3  provided by Plaintiff in today's filing.
4  Plaintiff can supply the Court with
5  copies of the documentation. Plaintiff
6  has not heard from Ennos Counsel
7  since January 14, 2023, which is why
8  Plaintiff has to file Pro Se.

   Mr Emyoy Endron. Duy
   June 23, 2023